IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLIFTON D. COX, JR., | ) | |
| Plaintiff, | ) | 8:05CV473 |
| v. | ) | |
| WAL-MART STORES, INC., | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by <u>November 7, 2005</u>, file their Report of Parties' Planning Conference.

DATED  October 21, 2005

/s/ *David L. Piester*
United States Magistrate Judge