IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLIFTON D. COX, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV473 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by November 7, 2005, file their Report of Parties' Planning Conference.

DATED  October 21, 2005

                                                  /s/  *David L. Piester*
                                                United States Magistrate Judge