IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLIFTON D. COX, JR., | ) | |
| | ) | 8:05CV473 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

A request has been received for random reassignment of this case to a District Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge F.A. Gossett pro se docket for judicial supervision and processing of all pretrial matters.

DATED this 7th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court