IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFTON D. COX, JR., <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC. <br><br> Defendant. | 8:05CV473 <br><br> ORDER |

This matter is before the court on Plaintiff's motion for court to delay ruling(s) on motions by defendant to dismiss or motions by defendant for summary judgment in part or in full. (Filing no. 12). If Plaintiff needs additional time to respond to a motion to dismiss or a motion for summary judgment the plaintiff must move for an enlargement in time to respond to the motion. This court freely grants motions for enlargement of time. But the court will not enjoin all summary judgment motions and motions to dismiss. Moreover, at this point in the case, a motion for summary judgment by the plaintiff or the defendant is premature.

**IT IS ORDERED:**

Plaintiff's Motion for the Court to Delay Ruling(s) (Filing No. 12) is denied.

DATED this 7th day of December, 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge