IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFTON D. COX, JR., )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>WAL-MART STORES, INC. )<br>)<br>  Defendant. )<br>)<br>) | 8:05CV473<br><br>ORDER |

This matter is before the court on plaintiff's motion to dismiss (Filing No. 38). In his motion, plaintiff asks this court to dismiss his case against defendant.

THEREFORE, IT IS ORDERED:

    1.    That the above-entitled case is dismissed without prejudice;

    2.    That all pending motions are denied as moot; and

    3.    That a separate judgment will be entered in accordance with this Order.

DATED this 9th day of June, 2006.

                      BY THE COURT:

                      s/ *Richard G. Kopf*
                      United States District Judge